## 1

**Emma BUTCHER, Administratrix of the Estate of James A. Butcher, Deceased, v. HOCKING VALLEY RAILWAY COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
October 3, 1927.

No. 4995.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Anderson, Lamb & Marsteller, of Cleveland, Ohio, for plaintiff in error.

Cook, McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

## 2

**Edwin R. BUTLER, etc., Appellant, v. J. W. BYRNES, Receiver, etc., et al.**

Circuit Court of Appeals, Eighth Circuit.
November 14, 1927.

No. 7972.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Thomas W. White, Walter R. Mayne, and E. C. Hartman, all of St. Louis, Mo., for appellant.

Byron F. Babbitt, Harry C. Barker, and Paul Bakewell, Jr., all of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed with prejudice, at costs of appellant, but without taxation of attorney's fee, per stipulation of parties.

---

## 3

**Harry A. CAMERON v. John M. KILLITS, United States District Judge for the Northern District of Ohio, Western Division.**

Circuit Court of Appeals, Sixth Circuit.
November 16, 1927.

No. 5045.

Petition for Writ of Mandamus.

Fraser, Hiett, Wall & Effler, of Toledo, Ohio, for petitioner.

Lucking, Hanlon, Lucking & Van Auken, of Detroit, Mich., for respondent.

PER CURIAM. Order denying petition for writ of mandamus.

## 4

**Joseph E. CHAPPATTE, Appellant, v. F. W. MAURER & SONS CO., Appellee.**

Circuit Court of Appeals, Third Circuit.
November 17, 1927.

No. 3628.

Appeal from the District Court of the United States for the Eastern District of Pennsylvania; J. Whitaker Thompson, Judge.

Joshua R. H. Potts and George B. Parkinson, both of Chicago, Ill., and Herman Seid, of Philadelphia, Pa. (T. Bertram Humphries, of Chicago, Ill., of counsel), for appellant.

Alston B. Moulton, of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. In this patent case validity and infringement are admitted, unless the defendant is entitled to use the alleged infringing machines by virtue of written contracts in which the defendant employed the patentee to invent. The case turns on the construction of and the effect to be given these contracts, and no principles or precedents are involved. Holding as we do that the court below rightly construed and applied the contracts, we limit ourselves to stating its decree is affirmed.

---

## 5

**CLEVELAND TRUST COMPANY, Executor of the Estate of Harriet E. McBride, v. C. F. ROUTZAHN, Collector of Internal Revenue, etc.**

Circuit Court of Appeals, Sixth Circuit.
June 30, 1927.

No. 4557.

In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Tolles, Hogsett, Ginn & Morley, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and Irene Nungesser, Asst. U. S. Atty., both of Cleveland, Ohio, for defendant in error.

PER CURIAM. Judgment of District Court (7 F.[2d] 483) reversed, and cause remanded, in accordance with opinion of United States Supreme Court in Nichols v. Coolidge, 274 U. S. 531, 47 S. Ct. 710, 72 L. Ed.